**File Hashes for IP Address 24.193.170.3**

**ISP:** Time Warner Cable
**Physical Location:** Englewood, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/14/2015 18:58:58 | 726B423E6B9BABEC0370659171FBC359D8914940 | Like The First Time |
| 11/27/2015 11:36:24 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack 4CBE887 |
| 11/26/2015 15:27:37 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

CNJ523