Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.193.170.3<br><br>　　　　　　Defendant. | Civil Action No. 2:16-cv-00922-KM-MAH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 24.193.170.3. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 26, 2016

1

        Respectfully submitted,

        By:    /s/ *Patrick J. Cerillo*
        Patrick J. Cerillo
        pjcerillolaw@comcast.net
        4 Walter E. Foran Blvd.
        Suite 402
        Flemington, NJ 08822
        Attorney ID No.: 01481-1980
        Telephone: (908) 284-0997
        Facsimile: (908) 284-0915
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:  /s/ *Patrick J. Cerillo*
        Patrick J. Cerillo, Esq.